IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | |
| § | Cause No. 4:23-cr-00164-ALM-AGD |
| § | |
| § | |
| DUANE L. MORGAN § | |

**DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S PRO SE MOTION TO DISMISS FOR LACK OF A SPEEDY TRIAL**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:**

COMES NOW, Defendant, Duane L. Morgan, by and through his undersigned attorney, and files this, DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S PRO SE MOTIONS TO DISMISS FOR LACK OF A SPEEDY TRIAL (Docket No(s): 303 & 310), and would show this Honorable Court as follows, to-wit:

Counsel for Defendant was appointed to represent the Defendant. On July 18, 2024 and July 25, 2024, Defendant filed several pro se motions to dismiss alleging violations of his speedy trial rights and including ineffective assistance of counsel by his former counsel. (Docket No(s): 303 & 310). Defendant and Counsel have conferred and Defendant no longer desires to persist with the pro se motions. Defendant and Counsel would respectfully request that this Honorable Court allow those motions to be withdrawn.

Respectfully submitted,

*/s/ Bill J. Stovall*
Bar No. 24008097
7700 Windrose Ave., Suite G-300
Plano, TX 75024
214.887.0911. – Office
214.291.5800 – Facsimile
stovall@texasdefense.us
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

Defense counsel contacted Assistant United States Attorney, Heather Rattan, and the Government does not oppose this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2024, a true and correct copy of the foregoing DEFENDANT'S MOTION TO WITHDRAW DEFENDANT'S PRO SE MOTION TO DISMISS FOR LACK OF A SPEEDY TRIAL was sent by CM/ECF to:

Heather Rattan
Assistant U.S. Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074

/s/ Bill J. Stovall
BILL J. STOVALL
*Attorney for Defendant*